93 So.2d 814

### Oce VANDERSLICE

v.

### STATE.

### 7 Div. 429.

Court of Appeals of Alabama.

Feb. 19, 1957.

Handy Ellis, Columbiana, for appellant.

John Patterson, Atty. Gen., and J. Noel Baker, Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.

93 So.2d 814

### Ada WILLIAMS

v.

### STATE.

### 6 Div. 226.

Court of Appeals of Alabama.

Jan. 22, 1957.

Lewey Robinson, Birmingham, for appellant.

John Patterson, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed on authority of Lane v. State, ante, p. 487, 87 So.2d 668.

93 So.2d 814

### Wayne WILLIAMS

v.

### STATE.

### 7 Div. 445.

Court of Appeals of Alabama.

Jan. 15, 1957.

Love & Hines, Talladega, for appellant.

John Patterson, Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.